D. H. REDMON and MARGARET HOLT v. STATE

194 So. 483
Division B
Opinion Filed March 5, 1940

*S. M. Preacher,* for Plaintiffs in Error;

*George Couper Gibbs,* Attorney General, and *Thomas J. Ellis,* Assistant Attorney General, for Defendant in Error.

PER CURIAM.—The evidence taken as an entirety does not attain that degree of probative force that is essential to sustain a conviction of a felony with a sentence to imprisonment in the State Penitentiary for periods of two years and of eighteen months respectively for the defendant below.

Reversed for a new trial.

WHITFIELD, P. J., and BROWN and CHAPMAN, J. J., concur.

Terrell, C. J., concurs in opinion and judgment.

Justices Buford and Thomas not participating as authorized by Section 4687, Compiled General Laws of 1927, and Rule 21-A of the Rules of this Court.